1054

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL WILLIAMSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-01978-0, LeRoy McCullough, J., entered October 10, 1994. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Baker, C.J., and Cox, J.

THE STATE OF WASHINGTON, *Respondent*, v. ERIC L. ISAACS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-04028-8, J. Kathleen Learned, J., entered October 17, 1994. *Remanded* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. JOSE J. MONTES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 88-1-00446-8, Ronald Castleberry, J., entered November 10, 1994. *Reversed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. HENRY WESTRE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-02467-3, Jim Bates, J., entered November 7, 1994. *Dismissed* by unpublished per curiam opinion.